PS 42
(Rev 07/93)

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | 3:12-00137 |
| ) | |
| Tasha Andrea Smith ) | Case No. 0650 3:12-01041M-1 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tasha Andrea Smith_____, have discussed with  Lisa Capps ,
Pretrial Services / Probation Officer, modification of my release as follows:

The defendant shall participate in mental health counseling and treatment as deemed necessary by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_Tasha A. Smith_  8-16-2012     _Shawn Flynn for_  8/2/12  10/10/12
Signature of Defendant   Date        Lisa Capps                    Date
                                     U.S. Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                        10-10-12
Signature of Defense Counsel         Date

[X] The above modification of conditions of release is ordered, to be effective on 10/10/12

[ ] The above modification of conditions of release is not ordered.

_[signature]_                        October 10, 2012
Signature of Judicial Officer        Date