UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | NO. | 3:12-00137 |
| | ) | | JUDGE SHARP |
| | ) | | |
| TASHA ANDREA SMITH | ) | | |

**MOTION TO RESCHEDULE SENTENCING HEARING**

Comes now the Defendant, TASHA ANDREA SMITH, by and through counsel, and moves the Court to reschedule the sentencing hearing from 10:00 a.m. on July 8, 2013, until 3:30 p.m. on July 8, 2013.

Counsel for the Government has been contacted and has no opposition to this request.

Respectfully submitted,

/s/  Michael J. Flanagan
Michael J. Flanagan
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580

1